```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0028--CR (JKS)
                "USA V DEMETRIO JUAN-SEBASTIAN"
                 DEF 1.1 JUAN-SEBASTIAN, DEMETRIO

     Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/20/04
             Closed: 07/01/04
No. of Defendants: 1
   MJ Case Number:
               AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
Needs interpreter: YES
Counsel of record: Kevin F. McCoy
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Retta-Rae Randall
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 JUAN-SEBASTIAN, DEMETRIO

Document         Count    Citation and Description                        Disposition
────────────     ─────    ────────────────────────────────                ───────────
   1 -   1 IND     1      8:1326(a) and (b)(2) UNLAWFUL REENTRY AFTER     Sentenced
                          DEPORTATION (F)                                 (19-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0028--CR (JKS)
                              "USA V DEMETRIO JUAN-SEBASTIAN"

                                   For all filing dates
```

  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/20/04
             Closed: 07/01/04
No. of Defendants: 1


```
 Document #   Filed       Docket text

 NOTE -   1   02/20/04    [Re: DEF 1] Issued WOA.

     1 -   1   02/20/04   [Re: DEF 1] PLF 1 Indictment.

 NOTE -   2   02/23/04    Notation: Proposed Trial Date Setting for Arr to USDJ.

     2 -   1   02/23/04   [Re: DEF 1] AHB Grand Jury Minutes re WOA to be issued; no bail set; def
                          in INS custody, ACCE.

     3 -   1   02/24/04   [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re Arr on
                          Indt hld 2/23/04; K. McCoy apptd; def pled not guilty; def detained;
                          PTM's due 3/11/04. cc: USA, FPD, USM, USPO, Judge Singleton

     4 -   1   02/24/04   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                          USPO

     5 -   1   02/24/04   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 2/26/04; PTM's due 3/11/04. cc: USA, FPD

     6 -   1   02/24/04   [Re: DEF 1] JKS Minute Order setting TBJ for 04/19/04 at 9:00 a.m. and
                          FPTC for 04/14/04 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC

     7 -   1   03/01/04   [Re: DEF 1] PLF 1 Discovery conference certificate.

     8 -   1   03/03/04   [Re: DEF 1] Return of WOA executed on 2/23/04.

     9 -   1   03/30/04   DEF 1 Notice of intent to change plea.

    10 -   1   04/02/04   [Re: DEF 1] JKS Minute Order setting PCOP for 04/05/04 at 10:00 a.m. cc:
                          USA, FPD, USM, USPO, MJ Roberts

    11 -   1   04/05/04   [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] PCOP Held
                          04/05/04; def changed plea to guilty on ct 1 of the Indt; IOS set for
                          06/17/04 at 9:00 a.m.; crt vacated FPTC for 04/14/04 and TBJ for
                          04/19/04. cc: USA, FPD, USM, USPO, MJ Roberts, JC

    12 -   1   05/27/04   [Re: DEF 1] PLF 1 Attorney Substitution of R. Randall (AUSA) for M.
                          Rosenbaum (AUSA).

    13 -   1   06/09/04   [Re: DEF 1] PLF 1 Sentencing Memorandum.

    14 -   1   06/10/04   DEF 1 Sentencing Memorandum.

    15 -   1   06/14/04   DEF 1 motion on shortened time to continue sentencing by seven days
                          w/att aff.

    16 -   1   06/15/04   [Re: DEF 1] JKS Order granting mot on shortened time to cont sentencing
                          by seven days (15-1); IOS previously set for 06/17/04 is vacated and
                          reset for 06/25/04 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Roberts
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0028--CR (JKS)
                            "USA V DEMETRIO JUAN-SEBASTIAN"

                                    For all filing dates


Document #    Filed        Docket text

    17 -  1   06/24/04     [Re: DEF 1] JKS Minute Order resetting 6/25/04 IOS to 6/30/04 at 9:00
                           a.m.. cc: USA, FPD, USM, USPO

    18 -  1   07/01/04     [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] re IOS hld
                           6/30/04; sent 39 mos; SR 36 mos; SA $100; def remanded to cust of USM.

    19 -  1   07/01/04     [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1 of the Indictment
                           (1-1); sent 39 mos; SR 36 mos; SA $100. cc: USA, FPD, USM, USPO, MJ
                           Roberts, Finance, FLU, def w/cnsls cy

  NOTE -  3   07/02/04     Notation (re: Appeal): forwarded appeal to 9CCA.

    20 -  1   07/02/04     DEF 1 appeal to 9CCA of (19-1) filed 07/01/04. cc:USA, FPD, USM, PO,
                           Judge Singleton, 9CCA

    21 -  1   07/02/04     [Re: DEF 1] Cy 9CCA Time Schedule Order. (20-1) cc:USA, FPD, USM, PO,
                           Judge Singleton, 9CCA (original), ECR

    22 -  1   07/20/04     [Re: DEF 1] Partial Transcript re: IOS held 6/30/04.

    23 -  1   07/20/04     DEF 1 Transcript Designation/Order Form re: notice of appeal (20-1)
                           w/order form. cc:ecr

    24 -  1   08/13/04     [Re: DEF 1] Transcript of PCOP held 4/5/04 re: notice of appeal (20-1)

    25 -  1   08/13/04     [Re: DEF 1] Partial Transcript of IOS held 6/30/04 re: notice of appeal.
                           (20-1)

    26 -  1   08/13/04     [Re: DEF 1] cy 9CCA Certificate of Record. (20-1) cc: USA, FPD, USM, PO,
                           Judge Singleton, 9CCA (original)

    27 -  1   08/27/04     USM Return of svc on judgment re: DEF 1 executed on 8/11/04 to FCI
                           Sheridan, Sheridan, OR.

  NOTE -  4   09/30/04     Notation (re: Appeal): (Re: DEF 1) Resent 9CCA appeal packet via fax.

  NOTE -  5   10/12/04     Notation (re: Appeal): resent to 9CCA the appeal pkg for again.

  NOTE -  6   03/22/05     Transmittal: Forwarded D.C. record to 9CCA consisting of 1 original vol.
```