RECEIVED FEB 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILED
JAN 13 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DEMETRIO JUAN-SEBASTIAN, <br><br> Defendant - Appellant. | No. 04-30413 <br><br> D.C. No. CR-04-00028-JKS/JDR <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the District of Alaska
James K. Singleton, District Judge, Presiding

Submitted January 9, 2006**

Before:    HUG, O'SCANNLAIN and SILVERMAN, Circuit Judges.

Demetrio Juan-Sebastian appeals from the 39-month sentence imposed

following his guilty-plea conviction for unlawful reentry after deportation, in

---

\*    This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*    This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1326(a) and (b)(2). We have jurisdiction under 28 U.S.C. § 1291.

Because appellant was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc). *See United States v. Moreno-Hernandez*, 419 F.3d 906, 916 (9th Cir. 2005) (extending *Ameline*'s limited remand procedure to cases involving non-constitutional error under *United States v. Booker*, 543 U.S. 220 (2005)); *see also United States v. Velasquez-Reyes*, 427 F.3d 1227, 1229 (9th Cir. 2005) (rejecting contention that prior convictions must be proved to a jury if not admitted by the defendant and reaffirming that *Almendarez-Torres v. United States*, 523 U.S. 224 (2005), has not been overruled).

**REMANDED.**

INTERNAL USE ONLY: Proceedings include all events.
04-30413 USA v. Juan-Sebastian

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Retta Rae Randall<br>907/271-5071<br>#9<br>[COR LD aus]<br>U.S. ATTORNEY<br>Asst. U.S. Attorney<br>222 West 7th Ave., #9<br>Anchorage, AK 99513<br><br>James A. Goeke, Esq.<br>907/271-5071<br>[COR LD NTC aus]<br>Office of the United States Attorney<br>Federal Building & U.S. Courthouse<br>222 W. 7th Ave.<br>Anchorage, AK 99513<br>907-271-5071 |
| v. | |
| DEMETRIO JUAN-SEBASTIAN<br>    Defendant - Appellant | Kevin F. McCoy, Esq.<br>FAX 907/646-3480<br>907/646-3400<br>Suite 1600<br>[COR LD NTC afp]<br>FPDAK - FEDERAL PUBLIC DEFENDER'S OFFICE (ANCHORAGE)<br>550 W. Seventh Ave.<br>Anchorage, AK 99501 |